UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Stephen Miner

         v.                                             No. 06-fp-450

New Hampshire State Prison, Warden


**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $24.60 is due no later than March 1, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    This case has been assigned civil number **06-cv-450-SM**.

    **SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: January 29, 2007

cc:   Stephen Miner, pro se
      Bonnie S. Reed, Financial Administrator
      New Hampshire State Prison, Inmate Accounts