U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 MAR 12 P 1:46

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Miner

       v.                     Civil No. 06-cv-450-SM

New Hampshire State Prison, Warden

### ORDER

The plaintiff having failed to comply with the Court's order dated January 29, 2007, the above case is hereby dismissed without prejudice.

SO ORDERED.

March 12, 2007

                                            Steven J. McAuliffe
                                            Chief Judge

cc:    Stephen Miner, pro se